No. 24-1880

# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

PETER TRAUERNICHT and ZACHARY WRIGHT, individually
and as representatives of others similarly situated, on behalf of the
GENWORTH FINANCIAL, INC. RETIREMENT AND SAVINGS PLAN,

*Plaintiffs-Appellees*,

v.

GENWORTH FINANCIAL, INC.,

*Defendant-Appellant.*

On Appeal from the United States District
Court for the Eastern District of Virginia
No. 3:22-cv-532 (Hon. Robert E. Payne)

**BRIEF OF AMICUS CURIAE NATIONAL EMPLOYMENT LAWYERS
ASSOCIATION IN SUPPORT OF PLAINTIFFS-APPELLEES'
PETITION FOR REHEARING *EN BANC***

Ashley Westby
National Employment Lawyers
Association
1800 Sutter Street, Suite 210
Concord, CA 94520
Tel: (415) 296-7629
awestby@nelahq.org

Michelle C. Yau
Cohen Milstein Sellers & Toll, PLLC
1100 New York Ave, Suite 800
Washington, DC 20005
Tel: (202) 408-4647
myau@cohenmilstein.com

Erin Riley
Keller Rohrback
1201 Third Avenue, Suite 3400
Seattle, WA 98101
Tel: (206) 623-1900
eriley@kellerrohrback.com

*Counsel for Amicus Curiae National Employment Lawyers Association*

# TABLE OF CONTENTS

STATEMENT OF INTEREST................................................................................................ 1

ARGUMENT....................................................................................................................... 2

   I.  *TRAUERNICHT* IS AT ODDS WITH THE OVERWHELMING WEIGHT OF
      AUTHORITY FROM COURTS NATIONWIDE ............................................................. 2

   II. ERISA CLASS LITIGATION CONFERS SUBSTANTIAL BENEFITS TO 401(K)
      PARTICIPANTS BY PROMOTING PRUDENT AND DILIGENT FIDUCIARY
      CONDUCT ...................................................................................................................... 8

CONCLUSION................................................................................................................... 10

CERTIFICATE OF SERVICE............................................................................................ 12

CERTIFICATE OF COMPLIANCE .................................................................................. 13

# TABLE OF AUTHORITIES

**Cases**                                               **Page(s)**

*In re Amsted Indus. "Erisa" Litig.*,
2002 WL 31818964 (N.D. Ill. 2002) ...................................................................4

*Andrews v. Wilson Elec. Servs.*,
2025 WL 2180656 (D. Ariz. 2025) .....................................................................4

*Baird v. BlackRock Institutional Tr.*,
2020 WL 7389772 (N.D. Cal. 2020) ...................................................................4

*Baker v. Comprehensive Emp. Sols.*,
227 F.R.D. 354 (D. Utah 2005) ...........................................................................5

*Beach v. JPMorgan Chase Bank*,
2019 WL 2428631 (S.D.N.Y. 2019)....................................................................3

*Bell v. Pension Comm. of ATH Holding*,
2018 WL 4385025 (S.D. Ind. 2018).....................................................................4

*Berry v. FirstGroup America*,
1:18-cv-00326, ECF 92 (S.D. Ohio 2022)...........................................................7

*In re Biogen, ERISA Litig.*,
1:20-cv-11325-DJC, ECF 104 (D. Mass. 2022)...................................................7

*Boley v. Universal Health Servs.*,
2021 WL 859399 (E.D. Pa. 2021) .......................................................................3

*Boley v. Universal Health Servs.*,
36 F.4th 124 (3d Cir. 2022) .................................................................................2

*Bowers v. Russell*,
766 F. Supp. 3d 136 (D. Mass. 2025)...................................................................2

*Brieger v. Tellabs*,
245 F.R.D. 345 (N.D. Ill. 2007)...........................................................................4

*Brotherston v. Putnam Invs.*,
1:15-cv-13825, ECFs 65, 88 (D. Mass. 2016)......................................................3

*Brown v. Mitre Corp.*,
  1:22-cv-10976, ECF 81 (D. Mass. 2023) ................................................................7

*Brown v. Nat'l Life Ins.*,
  2013 WL 12096508 (C.D. Cal. 2013) ................................................................6

*Carr v. Int'l Game Tech.*,
  2012 WL 909437 (D. Nev. 2012).......................................................................6

*Carter v. Sentara Healthcare Fiduciary Comm.*,
  2:25-cv-00016-JKW-LRL, ECF 64, 61 (E.D. Va. 2025) ...................................7

*Cates v. The Trs. of Columbia Univ.*,
  1:16-cv-06524, ECF 217 (S.D.N.Y. 2018)........................................................7

*Chavez v. Plan Benefit Servs.*,
  957 F.3d 542 (5th Cir. 2020) .............................................................................6

*Chesemore v. Alliance. Holdings*,
  276 F.R.D. 506 (W.D. Wis. 2011)......................................................................4

*Cho v. Prudential Ins. of Am.*,
  2:19-cv-19886, ECF 162 (D.N.J. 2023) ............................................................3

*In re Citigroup ERISA Litig.*,
  241 F.R.D. 172 (S.D.N.Y. 2006)........................................................................3

*Clark v. Duke Univ.*,
  2018 WL 1801946 (M.D.N.C. 2018) .................................................................3

*Coppel v. SeaWorld Parks & Ent.*,
  347 F.R.D. 338 (S.D. Cal. 2024) .......................................................................4

*Cryer v. Franklin Templeton Res.*,
  2017 WL 4023149 (N.D. Cal. 2017)..................................................................5

*Cunningham v. Cornell Univ.*,
  2019 WL 275827 (S.D.N.Y. 2019).....................................................................3

*Cunningham v. Wawa*,
  387 F. Supp. 3d 529 (E.D. Pa. 2019).................................................................3

*Daly v. West Monroe Partners*,
2026 WL 851252 (N.D. Ill. 2026) ...................................................................4

*Davis v. Magna Int'l of Am.*,
2024 WL 280645 (E.D. Mich. 2024)...............................................................4

*DiFelice v. U.S. Airways*,
235 F.R.D. 70 (E.D. Va. 2006) .......................................................................3

*Dionicio v. U.S. Bancorp*,
0:23-cv-00026-PJS-DLM, ECF 109 (D. Minn. 2025).....................................7

*Douglin v. GreatBanc Tr.*,
115 F. Supp. 3d 404 (S.D.N.Y. 2015) .............................................................3

*Ellis v. Fid. Mgmt. Tr.*,
1:15-cv-14128-WGY, ECF 80 (D. Mass. 2016) ..............................................7

*In re Enron*,
2006 WL 1662596 (S.D. Tex. 2006) ...............................................................3

*Falberg v. Goldman Sachs Grp.*,
2022 WL 538146 (S.D.N.Y. 2022)..................................................................3

*Feinberg v. T.Rowe Price Grp.*,
1:17-cv-00427, ECF 83 (D. Md. 2019) ...........................................................7

*Ferguson v. Ruane Cuniff & Goldfarb*,
2021 WL 3667979 (S.D.N.Y. 2021).................................................................3

*Fernandez v. K-M Indus. Holding*,
2008 WL 2625874 (N.D. Cal. 2008) ...............................................................5

*In re First Am. Corp. ERISA Litig.*,
263 F.R.D. 549 (C.D. Cal. 2009).....................................................................6

*Foster v. Adams & Assocs.*,
2019 WL 4305538 (N.D. Cal. 2019) ...............................................................4

*Fremont Gen. Litig.*,
2010 WL 3168088 (C.D. Cal. 2010) ...............................................................6

*Fuller v. SunTrust Banks*,
   2018 WL 3949698 (N.D. Ga. 2018) ...........................................................5

*Furstenau v. AT&T*,
   2004 WL 5582592 (D.N.J. 2004) ...............................................................3

*In re G.E. ERISA Litig.*,
   1:17-cv-12123, ECF 176 (D. Mass. 2019) ................................................2

*Gamache v. Hogue*,
   338 F.R.D. 275 (M.D. Ga. 2021) ...............................................................5

*Gamino v. KPC Healthcare Holdings*,
   2021 WL 7081190 (C.D. Cal. 2021) ..........................................................4

*George v. Kraft Foods*,
   251 F.R.D. 338 (N.D. Ill. 2008)..................................................................4

*Godfrey v. GreatBanc Tr.*,
   2021 WL 679068 (N.D. Ill. 2021) ..............................................................4

*Gomez v. Rossi Concrete*,
   270 F.R.D. 579 (S.D. Cal. 2010) ...............................................................5

*Goodman v. Columbus Reg'l Healthcare Sys.*,
   2023 WL 4935004 (M.D. Ga. 2023) ..........................................................5

*Grabek v. Northrop Grumman*,
   346 Fed. App'x 151 (9th Cir. 2009) ...........................................................2

*Hagins v. Knight-Swift Transp. Holdings*,
   2025 WL 861430 (D. Ariz. 2025) ..............................................................4

*Hans v. Tharaldson*,
   2010 WL 1856267 (D.N.D. 2010)...............................................................4

*Harmon v. Shell Oil*,
   2023 WL 5758889 (S.D. Tex. 2023) ...........................................................3

*Harris v. Koenig*,
   271 F.R.D. 383 (D.D.C. 2010) ...................................................................5

*Harrison v. Envision Mgmt. Holding Bd. of Dirs.*,
    2025 WL 295009 (D. Colo. 2025)................................................................5

*Henderson v. Emory Univ.*,
    2018 WL 6332343 (N.D. Ga. 2018)..........................................................5

*Hurtado v. Rainbow Disposal*,
    2019 WL 1771797 (C.D. Cal. 2019) ..........................................................4

*Iannone v. AutoZone*,
    2022 WL 5432740 (W.D. Tenn. 2022)........................................................4

*In re Ikon Off. Sols.*,
    191 F.R.D. 457 (E.D. Pa. 2000)..................................................................3

*Johnson v. Carpenters of W. Washington Bd. of Trs.*,
    2:22-cv-01079-JHC, ECF 168 (W.D. Wash. 2026) ..............................7

*Jones v. DISH Network*,
    1:22-cv-00167, ECF 130 (D. Colo. 2024) ..............................................7

*Jones v. Novastar Fin.*,
    257 F.R.D. 181 (W.D. Mo. 2009)................................................................4

*Kanawi v. Bechtel*,
    254 F.R.D. 102 (N.D. Cal. 2008)................................................................5

*Kelly v. Johns Hopkins Univ.*,
    2020 WL 434473 (D. Md. 2020) ............................................................10

*Khan v. Bd. of Dirs. of Pentegra Defined Contribution Plan*,
    2023 WL 6256204 (S.D.N.Y. 2023)..........................................................3

*Kindle v. Dejana*,
    315 F.R.D. 7 (E.D.N.Y. 2016)....................................................................3

*Klawonn v. Bd. of Dirs. for Motion Picture Indus. Pension Plans*,
    2024 WL 653398 (C.D. Cal. 2024) ..........................................................4

*Knight v. Lavine*,
    2013 WL 427880 (E.D. Va. 2013) ............................................................3

*Koch v. Dwyer,*
    2001 WL 289972 (S.D.N.Y. 2001)............................................................3

*Krueger v. Ameriprise Fin.,*
    304 F.R.D. 559 (D. Minn. 2014) ............................................................4

*LaRue v. DeWolff, Boberg & Assocs., Inc.,*
    552 U.S. 248 (2008)....................................................................2, 5, 6

*Lauderdale v. NFP Ret.,*
    2022 WL 1599916 (C.D. Cal. 2022) ......................................................4

*Lloyd v. Argent Tr.,*
    2025 WL 3041911 (S.D.N.Y. 2025)........................................................3

*Longo v. Trojan Horse,*
    208 F. Supp. 3d 700 (E.D.N.C. 2016) ....................................................3

*Luense v. Konica Minolta Bus. Sols.,*
    2024 WL 2765004 (D.N.J. 2024) ...........................................................3

*Marshall v. Northrop Grumman,*
    2017 WL 6888281 (C.D. Cal. 2017) ......................................................5

*Mattson v. Milliman,*
    697 F. Supp. 3d 1109 (W.D. Wash. 2023) .............................................7

*McCluskey v. Trs. of Red Dot ESOP & Tr.,*
    268 F.R.D. 670 (W.D. Wash. 2010) .......................................................5

*McDonald v. Edward D. Jones,*
    791 F. App'x 638 (8th Cir. 2020) ..........................................................2

*McDonald v. Lab'y Corp. of Am.,*
    2024 WL 4513580 (M.D.N.C. 2024) .....................................................3

*McGinnes v. FirstGroup Am.,*
    No. 1:18-cv-00326, ECF 92 (S.D. Ohio 2022).......................................4

*McKay v. Tharaldson,*
    272 F.R.D. 465 (D.N.D. 2011) ..............................................................4

*McWhorter v. Serv. Int'l*,
  748 F. Supp. 3d 459 (S.D. Tex. 2024) ......................................................3

*In re MedStar ERISA Litig.*,
  1:20-cv-01984-DLB, ECF 64 (D. Md. 2022) ...........................................7

*In re Merck Sec., Derivative & ERISA Litig.*,
  2009 WL 331426 (D.N.J. 2009) ...............................................................3

*Mills v. Molina Healthcare*,
  2:22-cv-01813, ECF 127 (C.D. Cal. 2023) ..............................................7

*Moitoso v. FMR LLC*,
  1:18-cv-12122, ECF 83 (D. Mass. 2019) .................................................7

*Montgomery v. Aetna Plywood*,
  1996 WL 189347 (N.D. Ill. 1996) ...........................................................4

*Moore v. Comcast*,
  268 F.R.D. 530 (E.D. Pa. 2010) ...............................................................3

*Moreno v. Deutsche Bank Ams.*,
  2017 WL 3868803 (S.D.N.Y. 2017) .........................................................3

*Munro v. USC*,
  2019 WL 7842551 (C.D. Cal., 2019) ....................................................4, 6

*Neil v. Zell*,
  275 F.R.D. 256 (N.D. Ill. 2011) ..............................................................4

*Nelson v. IPALCO Enters.*,
  2003 WL 23101792 (S.D. Ind. 2003) .......................................................6

*Nolte v. Cigna Corp.*,
  2013 WL 12242015 (C.D. Ill. 2013) .......................................................10

*In re Northrop Grumman ERISA Litig.*,
  2011 WL 3505264 (C.D. Cal. 2011) .....................................................5, 6

*Ortiz v. Fibreboard*,
  527 U.S. 815 (1999) .................................................................................2

*Piazza v. Ebsco Indus.*,
273 F.3d 1341 (11th Cir. 2001) ..............................................................2

*Pizarro v. Home Depot*,
2020 WL 6939810 (N.D. Ga. 2020)..........................................................5

*Placht v. Argent Tr.*,
2023 WL 2895738 (N.D. Ill. 2023) ...........................................................4

*Pledger v. Reliance Tr.*,
1:15-cv-4444, ECF 101 (N.D. Ga. 2017) ..................................................7

*In re Prime Healthcare ERISA Litig.*,
2023 WL 9319290 (C.D. Cal. 2023) ..........................................................4

*Ramirez v. AMPAM Parks Mech.*,
2025 WL 1090186 (C.D. Cal. 2025) ..........................................................4

*Ramos v. Banner Health*,
325 F.R.D. 382 (D. Colo. 2018) ................................................................5

*Randall v. GreatBanc Tr.*,
2025 WL 260160 (D. Minn. 2025)..............................................................7

*Rankin v. Rots*,
220 F.R.D. 511 (E.D. Mich. 2004) ............................................................4

*Reetz v. Lowe's Cos.*,
5:18-cv-00075, ECF 97 (W.D.N.C. 2020) ................................................7

*Rush v. GreatBanc Tr.*,
2021 WL 2453070 (N.D. Ill. 2021) ...........................................................4

*Sacerdote v. NYU*,
2018 WL 840364 (S.D.N.Y. 2018)............................................................3

*In re Schering Plough Corp. ERISA Litig.*,
589 F.3d 585 (3d Cir. 2009) ......................................................................2

*Shanehchian v. Macy's*,
2011 WL 883659 (S.D. Ohio 2011) ...........................................................4

*Shirk v. Fifth Third Bancorp*,
2008 WL 4425535 (S.D. Ohio 2008) ........................................................4

*Sims v. BB&T*,
2017 WL 3730552 (M.D.N.C. 2017) ........................................................3

*Smith v. Aon*,
238 F.R.D. 609 (N.D. Ill. 2006)................................................................4

*Spano v. Boeing Co.*,
2016 WL 3791123 (S.D. Ill. 2016)...........................................................10

*Spano v. The Boeing Co.*,
633 F.3d 574 (7th Cir. 2011) ....................................................................6

*Spence v. Am. Airlines*,
2024 WL 3635309 (N.D. Tex. 2024) .........................................................3

*Stanford v. Foamex*,
263 F.R.D. 156 (E.D. Pa. 2009).................................................................3

*Stegemann v. Gannett*,
2022 WL 17067496 (E.D. Va. 2022) .........................................................3

*In re Suntrust Banks ERISA Litig.*,
2016 WL 4377131 (N.D. Ga. 2016)...........................................................5

*Sweeney v. Nationwide Mut.*,
2024 WL 1340262 (S.D. Ohio 2024) .........................................................4

*Sweet v. Advance Auto Stores*,
2023 WL 3959779 (W.D. Va. 2023) ..........................................................7

*In re Syncor ERISA Litig.*,
227 F.R.D. 338 (C.D. Cal. 2005)...............................................................5

*Tatum v. R.J. Reynolds Tobacco*,
254 F.R.D. 59 (M.D.N.C. 2008)................................................................3

*Taylor v. ANB Bancshares*,
2010 WL 4627841 (W.D. Ark. 2010).........................................................4

*Teets v. Great–W. Life & Annuity Ins.*,
    315 F.R.D. 362 (D. Colo. 2016) ...............................................................5

*Tibble v. Edison Int'l*,
    2009 WL 6764541 (C.D. Cal. 2009) .........................................................5

*Tracey v. MIT*,
    2018 WL 5114167 (D. Mass. 2018) ..........................................................3

*Troudt v. Oracle*,
    325 F.R.D. 373 (D. Colo. 2018) ...............................................................5

*Tussey v. ABB*,
    2007 WL 4289694 (W.D. Mo. 2007) .........................................................4

*In re Tyco Int'l*,
    2006 WL 2349338 (D.N.H. 2006)..............................................................3

*Urakhchin v. Allianz Asset Mgmt.*,
    2017 WL 2655678 (C.D. Cal. 2017) .........................................................5

*Urlaub v. CITGO Petroleum*,
    No. 1:21-cv-04133, ECF 139 (N.D. Ill. 2024) .........................................4

*Velazquez v. Mass. Fin. Servs.*,
    1:17-cv-11249, ECF 94 (D. Mass. 2019) ..................................................7

*Vellali v. Yale Univ.*,
    333 F.R.D. 10 (D. Conn. 2019) .................................................................3

*Wachala v. Astellas US LLC*,
    2022 WL 408108 (N.D. Ill. 2022) .............................................................4

*Waldner v. Natixis Inv. Managers*,
    2023 WL 3466272 (D. Mass. 2023) ..........................................................2

*Wanek v. Russell Invs. Tr.*,
    2:21-cv-00961, ECF 195 (D. Nev. 2024) ..................................................7

*Wildman v. Am. Century Servs.*,
    2017 WL 6045487 (W.D. Mo. 2017) .........................................................4

*In re Williams ERISA Litig.*,
231 F.R.D. 416 (N.D. Okla. 2005) ........................................................................5

*Williams v. Centerra Grp.*,
1:20-cv-04220-SAL, ECF 175 (D.S.C. 2023) ........................................................7

*Woznicki v. Raydon*,
2020 WL 857050 (M.D. Fla. 2020) ........................................................................5

*Yost v. First Horizon Nat'l*,
2011 WL 2182262 (W.D. Tenn. 2011) ....................................................................4

*In re YRC Worldwide, Inc. ERISA Litig.*,
2011 WL 1303367 (D. Kan. 2011) ..........................................................................5

**Statutes**

ERISA ................................................................................................................*passim*

ERISA § 502(a)(2) ....................................................................................................2, 6

**Other Authorities**

BrightScope & ICI, *The BrightScope/ICI Defined Contribution Plan
Profile: A Close Look at 401(k) Plans*,
https://www.ici.org/research/defined_contribution_plans/401ks/the
-iciiss-defined-contribution-plan-profile ...........................................................8

FINANCIAL TIMES, *Legal Settlements Squeeze Fees for U.S. Employee
Retirement Plans* (May 21, 2017),
https://www.ft.com/content/927df5a0-3ca2-11e7-821a-
6027b8a20f23 ......................................................................................................10

GAO, *401(k) Plans: Reported Impacts of Fee Disclosure Regulations,
and DOL Efforts to Support Implementation of Regulations* (Sept.
27, 2024), https://www.gao.gov/assets/gao-24-107125.pdf ..............................9

L.R. 40(b)(iii) ............................................................................................................5

L.R. 289, 327 (2023) ..................................................................................................9

*Legal Settlements Squeeze Fees for U.S. Employee Retirement Plans*
(May 21, 2017), https://www.ft.com/content/927df5a0-3ca2-11e7-
821a-6027b8a20f23 ....................................................................................10

## <u>CORPORATE DISCLOSURE STATEMENT OF *AMICUS CURIAE*</u>

The National Employment Lawyers Association (NELA) is an association. It does not have any corporate parents. It does not have any stock, and therefore no publicly held company owns 10% or more of the stock of NELA.

## <u>STATEMENT OF INTEREST</u>

NELA is the largest professional membership organization in the United States and represents workers nationwide. NELA members regularly represent workers who rely on ERISA to protect their retirement savings and therefore have an interest in the proper interpretation of ERISA.

1

<u>**ARGUMENT**</u>[1]

**I.**    ***TRAUERNICHT* IS AT ODDS WITH THE OVERWHELMING WEIGHT OF AUTHORITY FROM COURTS NATIONWIDE**

Over the past three decades, courts across the country have repeatedly certified classes of defined contribution participants under Rule 23(b)(1). At least 111 decisions have done so, including five courts of appeals decisions from four Circuits,[2] and 106 district court orders spanning every Circuit from the First through Eleventh Circuits and D.C.[3] The panel's opinion did not consider the

---

[1] NELA is concurrently filing a motion for leave to file this amicus brief with consent of all parties. No party's counsel authored this brief in whole or in part nor contributed money that was intended to fund preparing or submitting the brief. Only amicus and its counsel funded the preparation and submission of this brief.

[2] *Boley v. Universal Health Servs.*, 36 F.4th 124 **(3d Cir. 2022)**; *In re Schering Plough Corp. ERISA Litig.*, 589 F.3d 585, 604 **(3d Cir. 2009)** (ERISA § 502(a)(2) claims are "paradigmatic examples of claims appropriate for certification as a Rule 23(b)(1) class, as numerous courts have held" and "the Supreme Court's recent decision in *LaRue* does not suggest otherwise."); *McDonald v. Edward D. Jones*, 791 F. App'x 638, 640 **(8th Cir. 2020)** (holding "the district court did not abuse its discretion in certifying the class under 23(b)(1)(A), as the action was brought on behalf of the plan and requested plan-wide relief, raising the risk of inconsistent adjudications that would establish incompatible standards of conduct for defendants if individual actions were brought."); *Grabek v. Northrop Grumman*, 346 Fed. App'x 151 **(9th Cir. 2009)** (holding that ERISA § 502(a)(2) claims are a "'classic example' of a Rule 23(b)(1)(B) action" because they "similarly affect[]" all plan participants) (quoting *Ortiz v. Fibreboard*, 527 U.S. 815, 833–34 (1999)); *Piazza v. Ebsco Indus.*, 273 F.3d 1341 **(11th Cir. 2001)** (holding that ERISA § 502(a)(2) claims on behalf of 401(k) plan risked inconsistent adjudications, supporting 23(b)(1)(A) certification).

[3] **First Circuit:** *Bowers v. Russell*, 766 F. Supp. 3d 136 (D. Mass. 2025); *Waldner v. Natixis Inv. Managers*, 2023 WL 3466272 (D. Mass. 2023); *In re G.E. ERISA*

2

*Litig.*, 1:17-cv-12123, ECF 176 (D. Mass. 2019); *Tracey v. MIT*, 2018 WL 5114167 (D. Mass. 2018); *Brotherston v. Putnam Invs.*, 1:15-cv-13825, ECFs 65 (motion), 88 (order) (D. Mass. 2016); *In re Tyco Int'l*, 2006 WL 2349338 (D.N.H. 2006).

**Second Circuit:** *Lloyd v. Argent Tr.*, 2025 WL 3041911 (S.D.N.Y. 2025); *Khan v. Bd. of Dirs. of Pentegra Defined Contribution Plan*, 2023 WL 6256204 (S.D.N.Y. 2023); *Falberg v. Goldman Sachs Grp.*, 2022 WL 538146 (S.D.N.Y. 2022); *Ferguson v. Ruane Cuniff & Goldfarb*, 2021 WL 3667979 (S.D.N.Y. 2021); *Vellali v. Yale Univ.*, 333 F.R.D. 10 (D. Conn. 2019); *Beach v. JPMorgan Chase Bank*, 2019 WL 2428631 (S.D.N.Y. 2019); *Cunningham v. Cornell Univ.*, 2019 WL 275827 (S.D.N.Y. 2019); *Sacerdote v. NYU*, 2018 WL 840364 (S.D.N.Y. 2018); *Moreno v. Deutsche Bank Ams.*, 2017 WL 3868803 (S.D.N.Y. 2017); *Kindle v. Dejana*, 315 F.R.D. 7 (E.D.N.Y. 2016); *Douglin v. GreatBanc Tr.*, 115 F. Supp. 3d 404 (S.D.N.Y. 2015); *In re Citigroup ERISA Litig.*, 241 F.R.D. 172, (S.D.N.Y. 2006); *Koch v. Dwyer*, 2001 WL 289972 (S.D.N.Y. 2001).

**Third Circuit:** *Luense v. Konica Minolta Bus. Sols.*, 2024 WL 2765004 (D.N.J. 2024); *Cho v. Prudential Ins. of Am.*, 2:19-cv-19886, ECF 162 (D.N.J. 2023); *Boley v. Universal Health Servs.*, 2021 WL 859399 (E.D. Pa. 2021); *Cunningham v. Wawa*, 387 F. Supp. 3d 529 (E.D. Pa. 2019); *Moore v. Comcast*, 268 F.R.D. 530 (E.D. Pa. 2010); *Stanford v. Foamex*, 263 F.R.D. 156 (E.D. Pa. 2009); *In re Merck Sec., Derivative & ERISA Litig.*, 2009 WL 331426 (D.N.J. 2009); *Furstenau v. AT&T*, 2004 WL 5582592 (D.N.J. 2004); *In re Ikon Off. Sols.*, 191 F.R.D. 457 (E.D. Pa. 2000).

**Fourth Circuit:** *McDonald v. Lab'y Corp. of Am.*, 2024 WL 4513580 (M.D.N.C. 2024); *Stegemann v. Gannett*, 2022 WL 17067496 (E.D. Va. 2022); *Clark v. Duke Univ.*, 2018 WL 1801946 (M.D.N.C. 2018); *Sims v. BB&T*, 2017 WL 3730552 (M.D.N.C. 2017); *Longo v. Trojan Horse*, 208 F. Supp. 3d 700 (E.D.N.C. 2016); *Knight v. Lavine*, 2013 WL 427880 (E.D. Va. 2013); *Tatum v. R.J. Reynolds Tobacco*, 254 F.R.D. 59 (M.D.N.C. 2008); *DiFelice v. U.S. Airways*, 235 F.R.D. 70 (E.D. Va. 2006).

**Fifth Circuit:** *Harmon v. Shell Oil*, 2023 WL 5758889 (S.D. Tex. 2023); *McWhorter v. Serv. Int'l*, 748 F. Supp. 3d 459 (S.D. Tex. 2024); *Spence v. Am. Airlines*, 2024 WL 3635309 (N.D. Tex. 2024); *In re Enron*, 2006 WL 1662596 (S.D. Tex. 2006).

**Sixth Circuit:** *Sweeney v. Nationwide Mut.*, 2024 WL 1340262 (S.D. Ohio 2024); *Davis v. Magna Int'l of Am.*, 2024 WL 280645 (E.D. Mich. 2024); *McGinnes v. FirstGroup Am.*, No. 1:18-cv-00326, ECF 92 (S.D. Ohio 2022); *Iannone v. AutoZone*, 2022 WL 5432740 (W.D. Tenn. 2022); *Yost v. First Horizon Nat'l*, 2011 WL 2182262 (W.D. Tenn. 2011); *Shanehchian v. Macy's*, 2011 WL 883659 (S.D. Ohio 2011); *Shirk v. Fifth Third Bancorp*, 2008 WL 4425535 (S.D. Ohio 2008); *Rankin v. Rots*, 220 F.R.D. 511 (E.D. Mich. 2004).

**Seventh Circuit:** *Daly v. West Monroe Partners*, 2026 WL 851252 (N.D. Ill. 2026); *Urlaub v. CITGO Petroleum*, No. 1:21-cv-04133, ECF 139 (N.D. Ill. 2024); *Placht v. Argent Tr.*, 2023 WL 2895738 (N.D. Ill. 2023); *Wachala v. Astellas US LLC*, 2022 WL 408108 (N.D. Ill. 2022); *Rush v. GreatBanc Tr.*, 2021 WL 2453070 (N.D. Ill. 2021); *Godfrey v. GreatBanc Tr.*, 2021 WL 679068 (N.D. Ill. 2021); *Bell v. Pension Comm. of ATH Holding,* 2018 WL 4385025 (S.D. Ind. 2018); *Chesemore v. Alliance. Holdings*, 276 F.R.D. 506 (W.D. Wis. 2011); *Neil v. Zell*, 275 F.R.D. 256 (N.D. Ill. 2011); *George v. Kraft Foods*, 251 F.R.D. 338 (N.D. Ill. 2008); *Brieger v. Tellabs*, 245 F.R.D. 345 (N.D. Ill. 2007); *Smith v. Aon*, 238 F.R.D. 609 (N.D. Ill. 2006); *In re Amsted Indus. "Erisa" Litig.*, 2002 WL 31818964 (N.D. Ill. 2002); *Montgomery v. Aetna Plywood*, 1996 WL 189347 (N.D. Ill. 1996).

**Eighth Circuit:** *Wildman v. Am. Century Servs.*, 2017 WL 6045487 (W.D. Mo. 2017); *Krueger v. Ameriprise Fin.*, 304 F.R.D. 559 (D. Minn. 2014); *McKay v. Tharaldson*, 272 F.R.D. 465 (D.N.D. 2011); *Taylor v. ANB Bancshares*, 2010 WL 4627841 (W.D. Ark. 2010); *Hans v. Tharaldson*, 2010 WL 1856267 (D.N.D. 2010); *Jones v. Novastar Fin.*, 257 F.R.D. 181 (W.D. Mo. 2009); *Tussey v. ABB*, 2007 WL 4289694 (W.D. Mo. 2007).

**Ninth Circuit:** *Andrews v. Wilson Elec. Servs.*, 2025 WL 2180656 (D. Ariz. 2025); *Hagins v. Knight-Swift Transp. Holdings*, 2025 WL 861430 (D. Ariz. 2025); *Ramirez v. AMPAM Parks Mech.*, 2025 WL 1090186 (C.D. Cal. 2025); *Coppel v. SeaWorld Parks & Ent.*, 347 F.R.D. 338 (S.D. Cal. 2024); *Klawonn v. Bd. of Dirs. for Motion Picture Indus. Pension Plans*, 2024 WL 653398 (C.D. Cal. 2024); *In re Prime Healthcare ERISA Litig.*, 2023 WL 9319290 (C.D. Cal. 2023); *Lauderdale v. NFP Ret.*, 2022 WL 1599916 (C.D. Cal. 2022); *Gamino v. KPC Healthcare Holdings*, 2021 WL 7081190 (C.D. Cal. 2021); *Baird v. BlackRock Institutional Tr.*, 2020 WL 7389772 (N.D. Cal. 2020); *Foster v. Adams & Assocs.*, 2019 WL 4305538 (N.D. Cal. 2019); *Hurtado v. Rainbow Disposal*, 2019 WL 1771797 (C.D. Cal. 2019); *Munro v. USC*, 2019 WL 7842551 (C.D. Cal., 2019);

authority from the Eighth, Ninth, or Eleventh Circuits. L.R. 40(b)(iii) (rehearing

warranted where conflicting court of appeals authority is not addressed).

By contrast, only five out-of-circuit district court decisions have denied Rule

23(b)(1) certification, resting on a perceived conflict with *LaRue v. DeWolff,*

*Boberg & Assocs., Inc.*, 552 U.S. 248 (2008) or the view that the claims sought

*Marshall v. Northrop Grumman*, 2017 WL 6888281 (C.D. Cal. 2017); *Urakhchin v. Allianz Asset Mgmt.*, 2017 WL 2655678 (C.D. Cal. 2017); *Cryer v. Franklin Templeton Res.*, 2017 WL 4023149 (N.D. Cal. 2017); *In re Northrop Grumman ERISA Litig.*, 2011 WL 3505264 (C.D. Cal. 2011); *McCluskey v. Trs. of Red Dot ESOP & Tr.*, 268 F.R.D. 670 (W.D. Wash. 2010); *Gomez v. Rossi Concrete*, 270 F.R.D. 579 (S.D. Cal. 2010); *Tibble v. Edison Int'l*, 2009 WL 6764541 (C.D. Cal. 2009); *Kanawi v. Bechtel*, 254 F.R.D. 102 (N.D. Cal. 2008); *Fernandez v. K-M Indus. Holding*, 2008 WL 2625874 (N.D. Cal. 2008); *In re Syncor ERISA Litig.*, 227 F.R.D. 338 (C.D. Cal. 2005).

**Tenth Circuit:** *Harrison v. Envision Mgmt. Holding Bd. of Dirs.*, 2025 WL 295009 (D. Colo. 2025); *Ramos v. Banner Health*, 325 F.R.D. 382 (D. Colo. 2018); *Troudt v. Oracle*, 325 F.R.D. 373 (D. Colo. 2018); *Teets v. Great–W. Life & Annuity Ins.*, 315 F.R.D. 362 (D. Colo. 2016); *In re YRC Worldwide, Inc. ERISA Litig.*, 2011 WL 1303367 (D. Kan. 2011); *In re Williams ERISA Litig.*, 231 F.R.D. 416 (N.D. Okla. 2005); *Baker v. Comprehensive Emp. Sols.*, 227 F.R.D. 354 (D. Utah 2005).

**Eleventh Circuit:** *Goodman v. Columbus Reg'l Healthcare Sys.*, 2023 WL 4935004 (M.D. Ga. 2023); *Gamache v. Hogue*, 338 F.R.D. 275 (M.D. Ga. 2021); *Pizarro v. Home Depot*, 2020 WL 6939810 (N.D. Ga. 2020); *Woznicki v. Raydon*, 2020 WL 857050 (M.D. Fla. 2020); *Henderson v. Emory Univ.*, 2018 WL 6332343 (N.D. Ga. 2018); *Fuller v. SunTrust Banks*, 2018 WL 3949698 (N.D. Ga. 2018); *In re Suntrust Banks ERISA Litig.*, 2016 WL 4377131 (N.D. Ga. 2016).

**D.C. Circuit:** *Harris v. Koenig*, 271 F.R.D. 383 (D.D.C. 2010).

individualized monetary damages.[4, 5] However, numerous courts have considered

the handful of contrary cases and rejected the view that Rule 23(b)(1) certification

is in tension with *LaRue*. *See Munro*, 2019 WL 7842551, at *10; *In re Northrop

Grumman*, 2011 WL 3505264, *17 ("A majority of courts addressing the propriety

of certifying" § 502(a)(2) claims following *LaRue* "have continued to find Rule

23(b)(1)(B) certification appropriate.") (collecting cases).

The near-universal acceptance of Rule 23(b)(1) certification of ERISA

fiduciary claims is further reflected by 21 additional ERISA defined contribution

cases—including **six** within this Circuit—where defendants stipulated to class

---

[4] This review excludes multi-plan classes involving plans from different
employers, because Rule 23(b)(1)'s requirements are not implicated. *See Chavez v.
Plan Benefit Servs.*, 957 F.3d 542, 550 (5th Cir. 2020) ("[E]ven assuming that the
relief sought for one individual's claim would be dispositive of another
individual's claim in the *same plan*, that relief would not affect, much less be
dispositive of, claims under the other plans" (citation modified)). It also excludes
cases denying certification on case-specific grounds, i.e., lack of standing,
participant-specific defenses, or defective class definition. *See Spano v. The Boeing
Co.*, 633 F.3d 574 (7th Cir. 2011) (class definition failed to preserve common
interest by failing to include start/end dates). Twelve orders were excluded on
these bases.

[5] *In re First Am. Corp. ERISA Litig.*, 263 F.R.D. 549 (C.D. Cal. 2009); *Nelson v.
IPALCO Enters.*, 2003 WL 23101792 (S.D. Ind. 2003); *Carr v. Int'l Game Tech.*,
2012 WL 909437 (D. Nev. 2012), *on reconsideration,* 2013 WL 638834 (D. Nev.
2013); *Brown v. Nat'l Life Ins.*, 2013 WL 12096508 (C.D. Cal. 2013); *Fremont
Gen. Litig.*, 2010 WL 3168088 (C.D. Cal. 2010).

certification under Rule 23(b)(1).[6]

[6] *Williams v. Centerra Grp.*, 1:20-cv-04220-SAL, ECF 175 (D.S.C. 2023); *Sweet v. Advance Auto Stores*, 2023 WL 3959779 (W.D. Va. 2023); *In re MedStar ERISA Litig.*, 1:20-cv-01984-DLB, ECF 64 (D. Md. 2022); *Reetz v. Lowe's Cos.*, 5:18-cv-00075, ECF 97 (W.D.N.C. 2020); *Feinberg v. T.Rowe Price Grp.*, 1:17-cv-00427, ECF 83 (D. Md. 2019); *Carter v. Sentara Healthcare Fiduciary Comm.*, 2:25-cv-00016-JKW-LRL, ECF 64, 61 (E.D. Va. 2025); *Brown v. Mitre Corp.*, 1:22-cv-10976, ECF 81 (D. Mass. 2023); *In re Biogen, ERISA Litig.*, 1:20-cv-11325-DJC, ECF 104 (D. Mass. 2022); *Velazquez v. Mass. Fin. Servs.*, 1:17-cv-11249, ECF 94 (D. Mass. 2019); *Moitoso v. FMR LLC*, 1:18-cv-12122, ECF 83 (D. Mass. 2019); *Ellis v. Fid. Mgmt. Tr.*, 1:15-cv-14128-WGY, ECF 80 (D. Mass. 2016); *Cates v. The Trs. of Columbia Univ.*, 1:16-cv-06524, ECF 217 (S.D.N.Y. 2018); *Berry v. FirstGroup America*, 1:18-cv-00326, ECF 92 (S.D. Ohio 2022); *Dionicio v. U.S. Bancorp*, 0:23-cv-00026-PJS-DLM, ECF 109 (D. Minn. 2025); *Randall v. GreatBanc Tr.*, 2025 WL 260160 (D. Minn. 2025); *Johnson v. Carpenters of W. Washington Bd. of Trs.*, 2:22-cv-01079-JHC, ECF 168 (W.D. Wash. 2026); *Wanek v. Russell Invs. Tr.*, 2:21-cv-00961, ECF 195 (D. Nev. 2024); *Mattson v. Milliman*, 697 F. Supp. 3d 1109 (W.D. Wash. 2023); *Mills v. Molina Healthcare*, 2:22-cv-01813, ECF 127 (C.D. Cal. 2023); *Jones v. DISH Network*, 1:22-cv-00167, ECF 130 (D. Colo. 2024); *Pledger v. Reliance Tr.*, 1:15-cv-4444, ECF 101 (N.D. Ga. 2017).

## II. ERISA CLASS LITIGATION CONFERS SUBSTANTIAL BENEFITS TO 401(K) PARTICIPANTS BY PROMOTING PRUDENT AND DILIGENT FIDUCIARY CONDUCT

ERISA class actions confer significant, measurable benefits upon workers. Data from the Investment Company Institute shows that, from 2009 to 2023, total plan costs *declined* by 26% across all 401(k) plans, and by 31% for large plans with over $1 billion in assets.[7] By contrast, had plan costs tracked inflation, they would have *increased* by 42% over this same period.

These reductions in 401(k) fees translate into substantially more retirement



---

[7] BrightScope & ICI, *The BrightScope/ICI Defined Contribution Plan Profile: A Close Look at 401(k) Plans*,
https://www.ici.org/research/defined_contribution_plans/401ks/the-iciiss-defined-contribution-plan-profile.

savings—approximately $13.2 billion annually compared to 2009 fee levels, and $34.3 billion annually compared to a scenario where fee levels rose with inflation.

| | Total Assets | Fee Reduction Since 2009 | Resulting Annual Savings | Fee Reduction vs. Inflation | Resulting Annual Savings |
|---|---|---|---|---|---|
| *All Plans* | $7.8 trillion | 0.17% | $13.2 billion | 0.44% | $34.3 billion |

An array of governmental, academic, trade, and judicial sources identify ERISA class litigation as a key driver of these declines in fees for retirement plans. In 2024, the U.S. Government Accountability Office reported that "plan sponsors may choose to offer investment options with low fees" to avoid litigation, and that industry stakeholders attributed fee reductions more to "litigation, technology and innovation, and competition" than to the Department of Labor's fee disclosure regulations. GAO, *401(k) Plans: Reported Impacts of Fee Disclosure Regulations, and DOL Efforts to Support Implementation of Regulations* (Sept. 27, 2024), https://www.gao.gov/assets/gao-24-107125.pdf.

The Harvard's Business Law Review acknowledges that "[u]nder the watchful eyes of plaintiff attorneys, plans have formalized and professionalized decision-making within retirement plans to meet procedural prudence standards through '[r]egular benchmark' of fees and 'select[ing] service providers and investment menu options[.]" Natalya Shnitser*, The 401(k) Conundrum in Corporate Law*, 13 Harv. Bus. L.R. 289, 327 (2023).

The Financial Times credits ERISA class action litigation as "a significant reason for the downward pressure on fees across the asset management industry[,]" acknowledging that "settlements . . . result[] in lower plan costs and greater care in choosing the menu of funds offered to employees." FINANCIAL TIMES, *Legal Settlements Squeeze Fees for U.S. Employee Retirement Plans* (May 21, 2017), https://www.ft.com/content/927df5a0-3ca2-11e7-821a-6027b8a20f23.

Courts have recognized the same effect. ERISA class litigation has "significantly improved 401(k) plans across the country" producing "billion[s] in annual savings for American workers and retirees." *Spano v. Boeing Co.*, 2016 WL 3791123, at *3 (S.D. Ill. 2016); *Nolte v. Cigna Corp.*, 2013 WL 12242015, at *2 (C.D. Ill. 2013). Such actions have also "brought to light fiduciary misconduct that has detrimentally impacted the retirement savings of American workers" and "dramatically brought down fees in defined contribution plans." *Kelly v. Johns Hopkins Univ.*, 2020 WL 434473, at *2 (D. Md. 2020).

## CONCLUSION

Every rationale advanced in *Trauernicht* has been considered and rejected by dozens of courts nationwide, including multiple courts of appeals—three of which the panel did ***not*** address. The decision thus stands in clear conflict with the overwhelming weight of authority. Moreover, by restricting participants' ability to obtain plan-wide relief through class actions, *Trauernicht* threatens the billions of

dollars in annual savings that ERISA class litigation has secured for American

workers.

Rehearing *en banc* is warranted.

Date: April 14, 2026

/s/ Michelle C. Yau

Ashley Westby
National Employment Lawyers
Association
1800 Sutter Street, Suite 210
Concord, CA 94520
Tel: (415) 296-7629
awestby@nelahq.org

Michelle C. Yau
Cohen Milstein Sellers & Toll, PLLC
1100 New York Ave, Suite 800
Washington, DC 20005
Tel: (202) 408-4647
myau@cohenmilstein.com

Erin Riley
Keller Rohrback
1201 Third Avenue, Suite 3400
Seattle, WA 98101
Tel: (206) 623-1900
eriley@kellerrohrback.com

*Counsel for Amicus Curiae National
Employment Lawyers Association*

# CERTIFICATE OF SERVICE

I hereby certify that on April 14, 2026, I electronically filed the foregoing petition with the Clerk of the Court for the United States Court of Appeals for the Fourth Circuit by using the CM/ECF system. Counsel in this case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

*/s/ Michelle C. Yau*

Michelle C. Yau

*Counsel for Amicus Curiae National Employment Lawyers Association*

## CERTIFICATE OF COMPLIANCE

I hereby certify that this brief complies with the type-volume limitation of Federal Rules of Appellate Procedure 32(a)(7)(B) and 29(a)(5) because this brief contains 2591 words, excluding the parts of the brief exempted by Federal Rule of Appellate Procedure 32(f). I further certify that this brief complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type style requirements of Federal Rule of Appellate Procedure 32(a)(6) because this brief has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman type style.

*/s/ Michelle C. Yau*

Michelle C. Yau

*Counsel for Amicus Curiae National*
*Employment Lawyers Association*